# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MARAN WHITTENBURG, | 1:10-cv-00352-OWW-SMS (HC) |
| Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| v. | |
| KEN CLARK, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   March 22, 2010**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE